# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RONALD PHILLIPS, ) | |
| ) | Case No. 8:14cv252 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| RELIANCE STANDARD LIFE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. | |

This case is before the court on the parties' Rule 26(f) Report. This being an ERISA case, the matter is appropriate for disposition by dispositive motion. Accordingly,

**IT IS ORDERED:**

1. The parties shall have until **October 31, 2014,** to jointly file the administrative record and applicable plan documents.

2. The defendant shall have until **November 14, 2014,** to file a motion and brief to affirm the administrator's decision.

3. The plaintiff shall have until **November 28, 2014,** to respond to the defendant's motion.

4. The defendant shall have until **December 15, 2014,** to file a reply.

5. Should the court require any further proceedings in the matter, the parties will be notified by the court.

Dated this 21st day of October, 2014.,

                BY THE COURT:

                s/ F.A. Gossett, III
                United States Magistrate Judge